STANDARD MAIL ORDER CO., Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Standard Mail Order Company against Harry Kaufman and others. E. J. Myers, of New York City, for appellants. H. Taylor, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANDARD STEAM SPECIALTY CO. v. CORN EXCH. BANK. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by the Standard Steam Specialty Company against the Corn Exchange Bank. No opinion. Motion granted. Order filed. See, also, 148 N. Y. Supp. 549.

STAR FINANCE CO. v. HICKEY. SAME v. ENTRIKEN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Separate actions by the Star Finance Company against Patrick J. Hickey and against Henry J. Entriken. No opinions. Motions granted, unless appellant complies with terms stated in orders. Orders filed.

STEINER et al., Appellants, v. SWIFT, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Henry Steiner and others against Edwin H. Swift. B. E. Messler, of New York City, for appellants. E. J. Donegan, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STERN, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Isaac Stern against the New York State Railways. No opinion. Judgment and order affirmed, with costs.

STINNER, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by John C. Stinner against the Union Railway Company of New York City. B. H. Ames, of New York City, for appellant. W. B. Dobbs, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the ground

that the verdict of the jury as to the negligence of the defendant and the plaintiff's freedom from contributory negligence is against the weight of evidence. Settle order on notice. See, also, 147 N. Y. Supp. 1144.

STOKES, Respondent, v. CARPENTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by William E. D. Stokes against Orlando T. Carpenter and another. No opinion. As one of the defendants appellants has died since this appeal was taken, the action should be revived against his representatives before the appeal is determined. After an order of revival has been entered, the appeal may be placed upon the calendar and resubmitted.

STRAUSS v. SLATER et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Julius Strauss against Robert Y. Slater and others. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Wilson v. Collins, 119 App. Div. 88, 103 N. Y. Supp. 1038, and Penn Oil & Supply Co. v. Cohn, 131 App. Div. 929, 116 N. Y. Supp. 124.

STRAWFORD, Respondent, v. GENERAL FILM CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Olive E. Strawford, as administratrix, etc., of Ivor S. Strawford, deceased, against the General Film Company. No opinion. Judgment and order unanimously affirmed, with costs.

SUHR, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Arthur Suhr, an infant, etc., against Benjamin F. Connor. No opinion. Motion granted, with $10 costs. See, also, 148 N. Y. Supp. 1145.

SULINSKI, Appellant, v. GRODSKY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Josephina Sulinski against Joseph Grodsky and others. No opinion. Order modified, by fixing the attorney's lien herein at $43.75, instead of $20, and, as thus modified, affirmed, without costs of this appeal.

SULLIVAN, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by James Sullivan against Elizabeth J. Graham. No opinion. Judgment of the County Court of Queens County affirmed, with costs. See, also, 159 App. Div. 925, 144 N. Y. Supp. 1146.